Case 1:02-cr-00250-WDM   Document 104   Filed 02/14/06   USDC Colorado   Page 1 of 2

Case 1:02-cr-00250-WDM   Document 104   Filed 02/14/06   USDC Colorado   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 02-cr-00250-WDM

UNITED STATES OF AMERICA,

v.

EDWARD LEE SPRY,

   Defendant.

## ORDER

On January 3, 2006, Defendant Edward Lee Spry filed a Letter requesting a copy of his sentencing transcripts. Mr. Spry claims that he needs a copy of the transcripts, because the United States Bureau of Prisons is executing his sentence differently than the Court intended.

A request for a transcript is subject to a charge by a court reporter. 28 U.S.C. § 753(f). Fees for transcripts may be paid by the United States if a person is proceeding in a criminal proceeding under the Criminal Justice Act, 18 U.S.C. § 3006A, or in a habeas proceeding and is granted permission to sue, defend, or appeal *in forma pauperis*. § 753(f). Fees for transcripts also may be paid by the United States in 28 U.S.C. § 2255 proceedings if a court determines that the appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Mr. Spry does not meet the requirements set forth in § 753(f) that entitle him to a free transcript. Nonetheless, the Clerk of the Court will be directed to send to

Defendant a copy of the Amended Judgment filed in the instant case on May 23, 2003. Accordingly, it is

ORDERED that Defendant's request for a free copy of the sentencing transcripts in the instant case, filed on January 3, 2006, is denied. It is

FURTHER ORDERED that the Clerk of the Court send a copy of the Amended Judgment, Docket No. 99, filed on May 23, 2003, to Defendant.

DATED at Denver, Colorado, this 14th day of February, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Judge